SILVERBERG, MARVIN and SWAIM, P.C. *v.*
HENRY MALACHOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 930, is denied.

*Vincent M. Simko,* in support of the petition.

Decided February 14, 1992

STATE OF CONNECTICUT *v.* ROBERT HOPES

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 367, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to review the following issue: Whether the defendant's federal and state constitutional due process rights were violated when the trial court refused to instruct the jury that duress was a defense to the charges of attempted assault in the first degree; General Statutes §§ 53a-49 (a) and (c) and 53a-59 (a) (1); carrying a pistol without a permit; General Statutes § 29-35; and criminal possession of a firearm. General Statutes § 53a-217. Reference is made to the well reasoned dissent of Appellate Court Judge Lavery in *State* v. *Hopes,* 26 Conn. App. 367, 377–80, 602 A.2d 23 (1992).

*Alexander H. Schwartz,* in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided February 20, 1992

DOROTHY A. ISOLA *v.* GERALDINE McDERMOTT

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 918, is denied.

*James M. S. Ullman,* in support of the petition.

Decided February 20, 1992